AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __The United Nations__
was received by me on *(date)* __July 06, 2022__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __António Guterres__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __the United Nations__ on *(date)* __July 11, 2022__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ __0__ for travel and $ __28.45__ for services, for a total of $ __28.45__ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __July 14, 2022__

*Server's signature*

__Yunhong Ding__
*Printed name and title*

__48885 Freestone Dr.__
__Northville, MI 48168__
*Server's address*

Additional information regarding attempted service, etc:

1) Receipt for Service
2) the proof of delivery



Address: 37330 6 MILE RD
LIVONIA
MI 48152
Location: NFBK
Device ID: -BTC02
Transaction: 940339669289

FedEx 2Day
Tracking Number:                                    28.45
•275161053208 —  0.45 lb (S)
    Direct Signature Required
    Declared Value    100
Recipient Address:
    Mr. Antonio Guterres
    Secretary General of the UN
    405 East 42nd Street
    New York, NY 10017
    2484446631

Scheduled Delivery Date 7/8/2022

Pricing option:
    ONE RATE

Package Information:
    FedEx Envelope

FedEx

July 12, 2022

Dear Customer,

The following is the proof-of-delivery for tracking number: 275161053208

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | N.NCK | **Delivery Location:** | |
| **Service type:** | FedEx 2Day | | |
| **Special Handling:** | Deliver Weekday; Direct Signature Required | | New York, NY, |
| | | **Delivery date:** | Jul 11, 2022 10:09 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 275161053208 | **Ship Date:** | Jul 6, 2022 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**

New York, NY, US,

**Shipper:**

Northville, MI, US,

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

Thank you for choosing FedEx