UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHIMING DENG (DECEASED); QIANHUI DENG, administrator on the behalf of Shiming Deng (deceased) and himself; YUNHONG DING,<br><br>                              Plaintiffs,<br><br>        -against-<br><br>THE UNITED NATIONS; ANTONIO GUTERRES; ARIF BULKAN; HELENE TIGROUDJA,<br><br>                              Defendants. | 22-CV-5539 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the July 29, 2022, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  July 29, 2022
           New York, New York

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                              Chief United States District Judge